UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. PINES,<br><br>                        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendants. | Case No.: 20-CV-1730 TWR (BGS)<br><br>**ORDER (1) DISMISSING WITHOUT PREJUDICE ACTION FOR FAILURE TO PAY FILING FEE OR TO FILE RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS*, AND (2) DENYING AS MOOT AD WITHOUT PREJUDICE MOTION FOR PRELIMINARY INJUNCTION**<br><br>(ECF Nos. 1, 3) |

      Plaintiff Michael T. Pines initiated this action against the United States of America on September 3, 2020, (*see* ECF No. 1), together with a motion for leave to proceed *in forma pauperis* ("IFP"), (*see* ECF No. 2), and an *ex parte* application for a temporary restraining order and order to show cause why a preliminary injunction should not issue. (*See* ECF No. 3.) On September 8, 2020, the Honorable Larry Alan Burns denied both motions. (*See* ECF Nos. 4, 5.) Specifically, Judge Burns denied without prejudice Plaintiff's motion to proceed IFP for failing to provide sufficient information, granting Plaintiff forty-five days to pay his filing fee or to file a renewed motion to proceed IFP. (*See generally* ECF No. 4.) Judge Burns also explicitly warned Plaintiff that, "[i]f [he]

1

20-CV-1730 TWR (BGS)

does neither, this case will be closed." (*Id.* at 2.)  Judge Burns separately denied Plaintiff's application for a temporary restraining order and deferred ruling on Plaintiff's motion for a preliminary injunction pending Plaintiff's satisfaction of his filing fee obligations and service of his Complaint.  (*See* ECF No. 5.)

Plaintiff's deadline to pay his filing fee or to renew his motion to proceed IFP expired, at the latest, on October 23, 2020.  As of the date of this Order, Plaintiff has failed to comply with Judge Burns' September 4, 2020 Order.  Accordingly, pursuant to Judge Burns' September 4, 2020 Order and Civil Local Rule 83.1(a), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint (ECF No. 1) for failure to pay the requisite filing fee.  Plaintiff **MAY REOPEN** his case by paying the $400 filing fee or filing a motion to proceed IFP that remedies the issues identified by Judge Burns in Plaintiff's prior motion.  Because the Court has dismissed this action, the Court also **DENIES AS MOOT AND WITHOUT PREJUDICE** Plaintiff's motion for a preliminary injunction (ECF No. 3).  Should Plaintiff choose to reopen his case, Plaintiff may renew his motion for a preliminary injunction at that time.

**IT IS SO ORDERED.**

Dated:  November 30, 2020

_____
Honorable Todd W. Robinson
United States District Court